Enloe L. YOUNG, Petitioner-Appellant,

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, DIVISION OF EMPLOYMENT SECURITY, and Anderson-Stolz Corporation, Defendants-Respondents.**

**No. WD 35436.**

Missouri Court of Appeals,
Western District.

May 22, 1984.

Steven L. Hobson, Legal Aid of Western Mo., Kansas City, for petitioner-appellant.

Sharon A. Willis, Kansas City, Rick V. Morris, Jefferson City, for Mo. Div. of Employment Sec.

Alan J. Downs, Jefferson City, for Labor and Indus. Relations Com'n.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Appeal from judgment of the Circuit Court of Jackson County affirming the decision of the Labor and Industrial Relations Commission which dismissed an appeal from a deputy's determination as untimely filed.

Affirmed.   Rule 84.16(b).